ORIGINAL

FILED-USDC-NDTX-DA
'25 AUG 5 PM4:30

km

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   7:25-cr-19-O |
| TRAVIS ROBERT LARSON (01) | |

INDICTMENT

The Grand Jury Charges:

Count One
Enticement of a Minor
(Violation of 18 U.S.C. § 2422(b))

Between on or about February 1, 2025, and May 6, 2025, in the Wichita Falls Division of the Northern District of Texas, and elsewhere, defendant, **Travis Robert Larson**, did knowingly use a means and facility of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, a violation of Texas Penal Code, Section 21.11 (Indecency with a Child) which makes it a crime to engage in sexual contact with a child younger than 17 years of age if, regardless of whether the person knew the age of the child at the time of the offense, and with the intent to arouse or gratify the sexual desire of any person, the person touches the genitals of a child, even through clothing; and Texas Penal Code, Section 22.011 (Sexual Assault of a Child) which makes it a crime to intentionally or knowingly cause the sexual organ of a child younger than 17 years of age to contact the

Indictment - Page 1

sexual organ of another person, including the actor; or cause the penetration of the sexual organ of a child younger than 17 years of age by any means; or cause the anus of a child younger than 17 years of age to contact the sexual organ of any person, including the actor, regardless of whether the person knew the age of the child at the time of the offense.

Specifically, **Larson** used the Internet, a third-party application, a gaming device, and a cellular phone to persuade, induce, entice, and coerce Minor Victim One (MV1) to engage in sexual activity including touching the genitals of MV1, and causing the sexual organ of **Larson** to contact the sexual organ and anus of MV1.

In violation of 18 U.S.C. § 2422(b).

## Count Two
### Transportation of a Minor with Intent to Engage in Criminal Sexual Conduct
(Violation of 18 U.S.C. § 2423(a))

From on or about May 1, 2025, to on or about May 6, 2025, in the Wichita Falls Division of the Northern District of Texas, and elsewhere, defendant **Travis Robert Larson** did knowingly transport Minor Victim One (MV1), an individual who had not attained the age of 18 years, in interstate and foreign commerce, with the intent that MV1 engage in sexual activity for which any person can be charged with a criminal offense, that is, violation of Texas Penal Code, Section 21.11 (Indecency with a Child) which makes it a crime to engage in sexual contact with a child younger than 17 years of age if, regardless of whether the person knew the age of the child at the time of the offense, and with the intent to arouse or gratify the sexual desire of any person, the person touches the genitals of a child, even through clothing; and Texas Penal Code, Section 22.011 (Sexual Assault of a Child) which makes it a crime to intentionally or knowingly cause the sexual organ of a child younger than 17 years of age to contact the sexual organ of another person, including the actor; or cause the penetration of the sexual organ of a child younger than 17 years of age by any means; or cause the anus of a child younger than 17 years of age to contact the sexual organ of any person, including the actor, regardless of whether the person knew the age of the child at the time of the offense.

In violation of Violation of 18 U.S.C. § 2423(a).

<u>Count Three</u>
Sexual Assault of a Child
(Violation of 18 U.S.C. §§ 7(3), & 13, and Texas Penal Code 22.011)

On or between May 4, 2025 and May 5, 2025, in the Wichita Falls Division of the Northern District of Texas, the defendant, **Travis Robert Larson**, on Sheppard Air Force Base, land acquired for the use of the United States and under the exclusive jurisdiction thereof, did intentionally and knowingly cause the penetration of the sexual organ of a child younger than 17 years of age, that is, Minor Victim One (MV1) by any means, and cause the sexual organ of **Larson** to contact the sexual organ of MV1, in violation of Section 22.011 of the Texas Penal Code, and 18 U.S.C. §§ 7(3) and 13.

## Forfeiture Notice
### (18 U.S.C. § 2428)

Upon conviction of any offense alleged in Count One or Count Two, and pursuant to 18 U.S.C. § 2428, defendant, **Travis Robert Larson**, shall forfeit to the United States of America: any property, real or personal, used or intended to be used to commit or to facilitate the commission of any offense alleged in Count One or Count Two and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, a black Apple iPhone 14: IMEI: 352051681169659 seized by the Security Forces Squadron of the United States Air Force.

If any of the property described above, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2428, to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

In violation of 18 U.S.C. § 2428.

A TRUE BILL.

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
ALLYSON MONTE
Assistant United States Attorney
State Bar of Texas No. 24081858
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Allyson.Monte@usdoj.gov

Indictment - Page 6

---
**Warrant to Issue – In State Custody**
---

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Number: 7:25-MJ-023-BP

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

THE UNITED STATES OF AMERICA

v.

TRAVIS ROBERT LARSON (01)

INDICTMENT

18 U.S.C. § 2422(b)
Enticement of a Minor
Count 1

18 U.S.C. § 2423(a)
Transportation of a Minor with Intent to Engage in Criminal Sexual Conduct
Count 2

18 U.S.C. §§ 7(3), & 13, and Texas Penal Code 22.011
Sexual Assault of a Child
Count 3

18 U.S.C. § 2428
Forfeiture Notice

A true bill rendered

DALLAS                                              FOREPERSON

Filed in open court this __5__ day of August, 2025.