# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISON

UNITED STATES OF AMERICA
Plaintiff

7-25-CR-00019-O
CASE NUMBER

v.

TRAVIS ROBERT LARSON
Defendant

REED OCONNOR
JUDGE

## NOTICE OF APPEAL

Notice is hereby given that __TRAVIS ROBERT LARSON__
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

__Conviction and sentence.__
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on __02/27/2026__
(Date)

Date  03/01/2026

Attorney/Pro Se Litigant Signature  /s/ Robert Gene Estrada

Print Name  Robert Gene Estrada

Address  1302 14th St,

City, State, Zip  Wichita Falls, Texas 76301-4561

Telephone  9407823854