IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 7:25-CR-019-O |
| | § | |
| TRAVIS ROBERT LARSON | § | |

ORDER AND NOTICE OF DEFICIENCY

On March 2, 2026, defendant/appellant Travis Robert Larson by and through his retained counsel filed a motion withdraw as attorney. (ECF No. 49.) A review of the record shows that defendant Travis Robert Larson has never sought to proceed in forma pauperis in this matter, and thus the Court requires information regarding his financial and pauper status, before it can appoint counsel. *See* LCrR 57.12 (e). In this regard, Travis Robert Larson has not filed a sworn Form CJA 23 Financial Affidavit, including a declaration under penalty of perjury regarding any income or assets. In order for the Court to review his financial status, Defendant must complete the Form CJA 23 (attached), and return it to the clerk of Court for review.**It is therefore ORDERED that the clerk of the Court shall take the following indicated action**:

( X) A copy of this order shall be emailed to Defendant's counsel.

( X) A form CJA 23 shall be emailed to Defendant counsel for completion and verification and return to the clerk of Court within the time period set forth below.

Defendant/appellant shall complete and execute a CFA 23 Form Financial Affidavit, within **twenty (20) days** from the date of this Order. Failure to timely comply with this order could result in a recommendation that the motion for leave to withdraw be denied.

Signed March 3, 2026.

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| | | | |
|---|---|---|---|
| **IN THE UNITED STATES** | ☐ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER *(Specify Below)* |

IN THE CASE OF

_____  V.  _____

FOR _____
AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

_____

CHARGE/OFFENSE *(Describe if applicable & check box→)*   ☐ Felony   ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job?  ☐ Yes  ☐ No
**IF YES,** how much do you earn per month? _____
Will you still have a job after this arrest?  ☐ Yes  ☐ No  ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $_____ | _____ |
| Car/Truck/Vehicle | $_____ | _____ |
| Boat | $_____ | _____ |
| Stocks/bonds | $_____ | _____ |
| Other property | $_____ | _____ |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts?  ☐ Yes  ☐ No
**IF YES,** give the total approximate amount after monthly expenses  $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $_____ | $_____ |
| Groceries | $_____ | $_____ |
| Medical expenses | $_____ | $_____ |
| Utilities | $_____ | $_____ |
| Credit cards | $_____ | $_____ |
| Car/Truck/Vehicle | $_____ | $_____ |
| Childcare | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Insurance | $_____ | $_____ |
| Loans | $_____ | $_____ |
| Fines | $_____ | $_____ |
| Other | $_____ | $_____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____     _____
SIGNATURE OF DEFENDANT                                                        Date
(OR PERSON SEEKING REPRESENTATION)